EASTERN SAVINGS BANK *v.* JOSEPH G.
BERNIER ET AL.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Neil B. Shaw*, pro se, in support of the petition.

*Robert J. Piscitelli*, in opposition.

Decided January 9, 2003

FORT TRUMBULL CONSERVANCY, LLC *v.* PLANNING
AND ZONING COMMISSION OF THE
CITY OF NEW LONDON

*Scott W. Sawyer*, in support of the petition.

Decided January 9, 2003

RICHARD GILLIS *v.* WHITE OAK*
CORPORATION ET AL.

The Supreme Court docket number is SC 16911.

*James D. Moran, Jr.*, in support of the petition.

* The appeal was withdrawn March 28, 2003.